IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00362-BO

| | |
|---|---|
| DAVID BRUNO,<br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>Defendant. | ORDER GRANTING<br>MOTION<br>TO APPEAR REMOTELY<br>BY VIDEO |

Upon consideration of Counsel's Motion to Appear Remotely by Video for the hearing scheduled for 10:30 am. on June 28, 2024, it is hereby ORDERED that Counsel's Motion is GRANTED.

SO ORDERED this 26 day of June, 2024.

Terrence W. Boyle
United States District Judge