UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID BRUNO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MARTIN O'MALLEY, | ) | 5:23-CV-362-BO-KS |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's motion for remand is DENIED, the decision of the Commissioner is REVERSED, and the matter is remanded for an award of benefits in accordance with the foregoing.

**This case is closed.**

**This judgment filed and entered on August 26, 2024, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Lee Kouvousis (via CM/ECF NEF)

August 26, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk